Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWIT AYMUT,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:26-cv-03312-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND EXPERIAN INFORMATION SOLUTIONS, INC.'S DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Dawit Aymut ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian" and together with Plaintiff, the "Parties"), hereby submit this Stipulation for an extension of time for Experian to answer or otherwise respond to November 27, 2026.

Experian was served with Plaintiff's Complaint on October 16, 2026. Experian must currently answer or otherwise plead by November 6, 2026.

Plaintiff filed a First Amended Complaint on November 3, 2026.

The Parties have agreed that Experian may have until November 27, 2026, to file an answer or other response to the First Amended Complaint.

This is the first request for additional time sought by Experian in this action. This extension is sought in good faith and not for the purposes of delay. Experian submits that good cause exists for extending the time to respond because the requested extension will avoid the need for Plaintiff

SNELL & WILMER

to seek leave of court to file his First Amended Complaint and provide Experian's counsel an opportunity to obtain Plaintiff's file from Experian, study the case file and evaluate the merits of the suit and the prospect of settlement before filing an answer or other responsive pleading. Neither party will be prejudiced by this extension.

**IT IS SO STIPULATED.**

DATED this 10th day of November 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Samuel K. Pope (NV Bar No. 16963)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Email: bolson@swlaw.com
spope@swlaw.com

*Attorneys for Experian Information Solutions, Inc.*

DATED this 10th day of November 2026.

*/s/ Dawit Aymut*
Dawit Aymut
1050 Wellness Place, Apt. 1038
Henderson, NV 89011
Telephone: (725) 256-9526
Email: dawitaymut9@gmail.com

*Plaintiff Pro Se*

**ORDER**

The Court having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Experian Information Solutions, Inc.'s time to answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to November 27, 2026.

**IT IS SO ORDERED.**

DATED: November 12, 2026

UNITED STATES MAGISTRATE JUDGE



4917-5050-6718

SNELL & WILMER

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND EXPERIAN INFORMATION SOLUTIONS, INC.'S DEADLINE TO FILE RESPONSE TO COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that the Stipulation and Order has been e-mailed to the following address:

Dawit Aymut
1050 Wellness Place, Apt. 1038
Henderson, NV 89011
dawitaymut9@gmail.com
725-256-9526

*Plaintiff Pro Se*

DATED: November 10, 2026.

*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.